UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARY LabARBERA, et. al.

      -V-                                       ORDER TO SHOW CAUSE
                                                      CV-05-3724 (DRH) (WDW)

WJC CONSTRUCTION CORP.,
ROBERT CARLINO
------------------------------------------------------X
For Plaintiffs:

JAE W. CHUN, ESQ.
FRIEDMAN & WOLF, P.C.
1500 Broadway, Suite 2300
New York, NY 10036

     No action has taken place in this case since the filing of an amended complaint on February 1, 2006.

     Counsel for the plaintiffs is directed to serve and file a response indicating the status of the case on or before August 10, 2007, or the case will be dismissed for failure to prosecute.

**FAILURE TO RESPOND TO THIS REQUEST WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

DATED: Central Islip, New York
          July 6, 2007

                                                      /s/
                                          DENIS R. HURLEY
                                  UNITED STATES DISTRICT JUDGE