UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARY LaBARBERA, et. al.                    ORDER OF DISMISSAL

   -against-                                    CV-05-3724 DRH/WDW

WJC CONSTRUCTION CORP., and.
ROBERT CARLINO
----------------------------------------------------------------X

An Order to Show Cause for a status report having been issued by the Court on July 6, 2007, directing the counsel for plaintiffs to respond by August 10, 2007, and no response having been filed with the Court,.

IS HEREBY ORDERED that the case is dismissed without prejudice to reopen..

SO ORDERED.

                                              /S/
                                    DENIS R. HURLEY
                                 United States District Judge

Dated: Central Islip, New York
       AUGUST 15, 2007